PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rafael Lazaro Jaquez                                Cr.: 07-424-001

Name of Sentencing Judicial Officer: The Honorable Adalberto Jordan, U.S.D.J.
Name of New Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 03/29/05

Original Offense: Manufacturing of Marijuana by Growing More Than 50 Marijuana Plants, 21 U.S.C. § 841(a)(1)

Original Sentence: 3 years probation, $500 fine, home confinement for four (4) months, and participate in drug/alcohol treatment

Type of Supervision: Probation                      Date Supervision Commenced: 02/24/06

### PETITIONING THE COURT

[ ]   To extend the term of supervision for        Years, for a total term of        Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 75 hours of community service work over a period of 6 months or less. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

### CAUSE

On March 9, 2008, the offender was arrested by the New York City Police Department and charged with Driving While Intoxicated. The arrest report has been requested from the New York City Police Department.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 04/04/08

PROB 12B - Page 2
Rafael Lazaro Jaquez

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

4-9-08
_____
Date

Dennis M. Cavanaugh
U.S. District Judge